UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| SHAWN E. COYLE and BARBARA J. WATSON, | : : | |
| Plaintiffs | : : | |
| v. | : : | C.A. No. 18-cv-23-JJM-PAS |
| FAMILY DOCTOR PLUS-RI, LLC, alias, FDP EQUITIES, LLC, alias, FAMILY MED PLUS, LLC, alias and WILLIAM L. WELTER, alias, | : : : : : | |
| Defendants. | : | |

### JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS AND RELEASE OF CLAIMS AND DISMISSAL WITH PREJUDICE

Plaintiffs and Defendants (collectively the "Parties"), by and through undersigned counsel, hereby respectfully request that this Court enter an Order approving the Parties' Settlement Agreements and Release of Claims ("Settlement Agreements"). The Parties request that, in connection with this motion, the Court allow them to submit a copy of the Settlement Agreements for in camera review.

The Parties respectfully request that the Court grant this motion, review the Settlement Agreements in camera, and enter an Order approving the Settlement Agreements and dismissing Plaintiffs' claims in this action, with prejudice. In support of this motion, the Parties rely on the accompanying joint memorandum of law, filed herewith.

**Page 1 of 2**

| | |
|---|---|
| Plaintiffs,<br>By their attorneys,<br>**SINAPI LAW ASSOCIATES, LTD.**<br><br>/s/ **Richard A. Sinapi, Esq**.<br>Richard A. Sinapi, Esq. (#2977)<br>2374 Post Road Suite 201<br>Warwick, RI 02886<br>Phone: (401)739-9690; Fax: (401) 739-9040<br>Email: raa@sinapilaw.com | Defendants,<br>By their attorney,<br><br>/s/ **Chip Muller, Esq**.<br>47 Wood Avenue<br>Barrington, RI  02806<br>Phone: (401) 256-5171; Fax:(401) 256-5178<br>Email:  chip@mullerlaw.com |

**Dated:  March 25, 2019**

## CERTIFICATION

**Chip Muller, Esq. (R.I. Bar No.7686)**
47 Wood Ave.
Barrington, RI 02806
Phone: (401) 256-5171; Fax: (401) 256-5178
Email: chip@mullerlaw.com

    I hereby certify that on **March 25, 2019** a true copy of the within was filed electronically via the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.  Service on the counsel of record listed above has been effectuated by electronic means.

                                                           /s/ **Richard A. Sinapi**