UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| SHAWN E. COYLE and BARBARA J. WATSON, : :  Plaintiffs : : v. : :  FAMILY DOCTOR PLUS-RI, LLC, alias, : FDP EQUITIES, LLC, alias, FAMILY MED : PLUS, LLC, alias and WILLIAM L.WELTER, : alias, :  Defendants. : | C.A. No. 18-cv-23-JJM-PAS |

## [PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENTS AND RELEASE OF CLAIMS

This litigation, *Shawn E. Coyle and Barbara J. Watson v. Family Doctor Plus-RI, LLC, alias, et al,* Civil Action No. 18-cv-23-JJM-PAS (the "Litigation"), involves claims under the Fair Labor Standards Act ("FLSA"), 29 U.S.C § 201 *et seq.* and related state law wage claims based on Plaintiffs claims that they were not paid all straight time and overtime pay for hours they worked in excess of 40 per week.  This matter is before the Court upon the Parties' Joint Motion for Approval of Settlement Agreements and Release of Claims and Dismissal with Prejudice ("Joint Motion").

This Order provides judicial approval of a reasonable compromise, and is not a finding, conclusion, or reflection of any violation of the Fair Labor Standards Act or related state wage laws, willful, intentional, or otherwise.  The Court has reviewed the parties' Joint Motion and the Settlement Agreements and Release of Claims (the "Agreement").  The Court notes that the Parties are represented by experienced and competent counsel.  The Court further notes that there are bona fide disputes over Plaintiffs' claims that they worked hours without being paid straight time wages or overtime compensation for hours worked in excess of 40 hours in a workweek, particularly as to the number of hours worked.  In light of these legitimate disputes, the Court

believes that the Parties' Agreements reflects a fair and reasonable resolution of these bona fide disputes. Consequently, the Court ORDERS as follows:

1. The Court GRANTS the Parties' Joint Motion.

2. The Court APPROVES the settlement and release of Plaintiffs' Fair Labor Standards Act claims as set forth in the parties' Settlement Agreements and Release of Claims.

3. The Court APPROVES the monetary distribution to Plaintiffs as described in the Agreements in Paragraph 1 and ORDERS Defendants to make payments accordingly.

4. The claims in this Litigation asserted by Plaintiffs, including Plaintiffs' Fair Labor Standards Act claims, are hereby DISMISSED WITH PREJUDICE with each Party to bear their own expenses and attorneys' fees.

5. The foregoing dismissal is conditioned upon tender and payment of the consideration as set forth in the Settlement Agreements and Release of Claims.

**ENTERED** as an Order of this Court on the 26 day of March, **2019.**

**ENTER:**  **PER ORDER:**

*/signature/*  /s/ Nissheneyra D. Urizandi
**DISTRICT COURT JUDGE**  **Clerk**

| | |
|---|---|
| Plaintiffs,<br>By their attorneys,<br>**SINAPI LAW ASSOCIATES, LTD.** | Defendants,<br>By their attorney, |
| /s/ **Richard A. Sinapi, Esq**.<br>Richard A. Sinapi, Esq. (#2977)<br>2374 Post Road Suite 201<br>Warwick, RI 02886<br>Phone: (401)739-9690; Fax: (401) 739-9040<br>Email: raa@sinapilaw.com | /s/ **Chip Muller, Esq**.<br>47 Wood Avenue<br>Barrington, RI  02806<br>Phone: (401) 256-5171; Fax:(401) 256-5178<br>Email:  chip@mullerlaw.com |

**Dated:  March 25, 2019**

## CERTIFICATION

**Chip Muller, Esq. (R.I. Bar No.7686)**
47 Wood Ave.
Barrington, RI 02806
Phone: (401) 256-5171; Fax: (401) 256-5178
Email: chip@mullerlaw.com

     I hereby certify that on **March 25, 2019** a true copy of the within was filed electronically via the Court's CM/ECF System.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and the filing is available for viewing and downloading from the Court's CM/ECF System.  Service on the counsel of record listed above has been effectuated by electronic means.

                                                   /s/ **Richard A. Sinapi**